UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM LEMASTERS, III, : | CIVIL ACTON |
| Plaintiff : | No. 1:-16-CV-02186-WWC |
| : | |
| v. : | |
| : | |
| NORFOLK SOUTHERN : | |
| RAILWAY COMPANY and : | |
| RENZENBERGER, INC. : | |
| Defendants : | |

### STIPULATION OF DISMISSAL

AND NOW, this  12th  day of  June        , 2017, it is hereby STIPULATED AND AGREED by and between the undersigned counsel that the above-captioned matter shall be dismissed with prejudice.

**NAUMAN SMITH**

By: _____
Craig J. Staudenmaier, Esq.
Counsel for Defendant, Norfolk Southern

**COFFEY KAYE MYERS & OLLEY**

By: _____
Michael J. Olley, Esquire
Counsel for Plaintiff

**ZARWIN BAUM**

By: _____
J. Fred Larusso, Esquire
Counsel for Defendant Renzenberger, Inc.

LoRUSSO

## CERTIFICATE OF SERVICE

     **AND NOW**, on the date stated below, I, **Lisa Ketterer**, an employee of Nauman, Smith, Shissler & Hall, LLP, hereby certify that I this day served the foregoing "Stipulation of Dismissal" by electronic filing and/or by United States mail, first class, postage prepaid, at Harrisburg, Pennsylvania, addressed to the following:

Michael J. Olley, Esquire
Coffey Kaye Myers & Olley
Suite 718
Two Bala Plaza
Bala Cynwyd, PA  19004-1514

J. Fred Lorusso, Esquire
Zarwin, Baum, DeVito, Kaplan, Schaer, Toddy, P.C.
1818 Market Street, 13th Floor
Philadelphia, PA 19103

                            /s Lisa Ketterer
                            Lisa Ketterer,
                            Legal Assistant

Date:  June 12, 2017